No. 319. Arneson et al. *v.* United Irrigation Co. et al. Argued January 13, 1932. Decided January 18, 1932. *Per Curiam:* The appeal herein is dismissed for the reason that the decree of the state court sought here to be reviewed was based on non-federal grounds adequate to support it (*Farson Son*

& Co. v. Bird, 248 U. S. 268; Browne v. Union Pacific R. Co., 267 U. S. 255; Live Oak Water Users' Assn. v. Railroad Commission, 269 U. S. 354, 359; Security National Bank v. Twinde, 278 U. S. 659; Garysburg Mfg. Co. v. Board of Commissioners, 280 U. S. 520); and for the want of a substantial federal question (Wabash Ry. Co. v. Flannigan, 192 U. S. 29; Erie R. Co. v. Solomon, 237 U. S. 427; C. A. King & Co. v. Horton, 276 U. S. 600; Bank of Indianola v. Miller, 276 U. S. 605; Roe v. Kansas, 278 U. S. 191). Mr. S. J. Brooks, with whom Mr. W. L. Matthews was on the brief, for appellants. Messrs. J. Q. Henry, pro hac vice, by leave of Court, and John A. Mobley, with whom Mr. W. L. Cook was on the brief, for appellees.